UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TY-RON STEVEN ANDERSON #405128,

    Plaintiff,

v.

UNKNOWN GALLAGHER, et al.,

    Defendants.
_____/

Case No. 2:23-cv-97

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

    This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant Michael Ford filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 16, 2025, recommending that this Court grant the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 44) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 34) is GRANTED.

    **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.[1]

Dated:  January 16, 2026                                                  /s/  Paul L. Maloney                
                                                                                         Paul L. Maloney
                                                                                         United States District Judge

---

[1] The court records reflect that Plaintiff's claims against the other Defendants have been dismissed (ECF Nos. 6, 7, and 12).