UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TY-RON STEVEN ANDERSON #405128,

    Plaintiff,

v.

UNKNOWN GALLAGHER, et al.,

    Defendants.
_____/

Case No. 2:23-cv-97

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: January 16, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge